# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

APR 17 2025
Clerk, U.S. Courts
District of Montana
Helena Division

Case No. _____
(to be filled in by the Clerk's Office)

DALE NEWBURY
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MR. HOPKINS, MT. D.O.C.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dale Newbury
All other names by which you have been known:
ID Number: 33441
Current Institution: Shelby Prison
Address: 50 Crossroads Dr.
Shelby, MT 59474
/City  State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mr. Hopkins
Job or Title *(if known)*: P&P Officer
Shield Number:
Employer: Mt. D.O.C.
Address: Unknown
City  State  Zip Code
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Head of Mt. D.O.C. (unknown name)
Job or Title *(if known)*:
Shield Number:
Employer: Mt. D.O.C.
Address: Unknown
City  State  Zip Code
☐ Individual capacity  ☒ Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  *City*         *State*        *Zip Code*
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  *City*         *State*        *Zip Code*
  ☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   Sixth Amendment & 14th Amendment

C.  . Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- Defendant #1 used incorrect criminal history to enhance the Plaintiff's sentence
- Defendant #2 was tasked with ensuring only correct information was used in the Plaintiff's P.S.I.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Att. "1"

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Att. "1"

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Att. "1"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have sustained permenant health issue(s) from the stress of all of this.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) $1,500,000.00 U.S.D., per year of "extended incarceration
2.) $1,500,000.00 U.S.D. actual damages
3.) All legal cost.

## ATT. "1"

### BACKGROUND

On, or about October 17, 2018, the above-named Plaintiff entered into a plea bargain with the State of Montana, as to avoid the possibility of a life sentence.

In said plea bargain the State and the Plaintiff agreed to the term attached (see Ex. "4").

After the State received the benefits of the plea bargain, i.e.. no trial, money savings, and no risk of a not guilty verdict. The State via Defendant #1, and Defendant #2 created a misleading, and outright incorrect Pre Sentence Investigation report.

I.e...said P.S.I. possessed criminal information that the Plaintiff was never convicted of.

The matter became even more ludicrous when at the Plaintiff's parole hearing Defendant #2 acting on its own with no request from any victim, claimed that the incorrect, and errounous information was correct, and went so far as to introduce outright incorrect information related to allegations the State could not convict the Plaintiff of.

"Dale gave the victim two shots of heroin and beat him up." See Ex. "1".

"Newbury allowed Gonzalez to take another hit of heroin." See Ex. "2".

### ARGUMENT

The United States Supreme Court has held that, other than the fact of a prior conviction, any fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to a jury, and proved beyond a reasonable doubt. Any deviation from this constitutional right would at a minimum raise serious Sixth Amendment concerns.

Thus, if an allegation went beyond merely identifying a prior

page 1 of 3

conviction, the States application of unproven "prior allegations" would go beyond merely identifying a prior conviction, but would hold against a citizen not convicted of a crime to an enhanced sentence based on a unprover accusation, i.e... "the forced usage of herion as a weapon."

"Dale gave the victim two shots of herion." Ex. "1", Parole Board Transcript.

This allegation is completely contradictory to all evidence/interviews provided to the State. Clearly, Mr. Hopkins (Defendant #1) allowed allegations that could not be proven to a jury to be introduced into his pre sentence investigation (P.S.I.), and thus hold the Plaintiff to a greater punishment for crimes the State could not convict the Plaintiff of.

Inneed not remind this Court that a criminal defendant has a due process right to be sentenced on the basis of materially correct information. Due process requires that heresay bear some minimal indicia of reliability in order to be considered at sentencing via a P.S.I..

Clearly, Defendant #1 intended to inflict harm onto the Plaintiff based not on the available evidence, but based on his/ the States opinion of what the Plaintiff "got away with." This action inflames the basic principles of due process. Furthermore, the Montana Department of Corrections (Defendant #2) posses a legal responsibility to ensure its employee's provide only factual information, and thus Defendant #2 violated its statutory, ethical, and legal responsibility to ensure that its employee's only apply legal information in all its documentation. Especially documentation used to sentence/ enhance the Plaintiff's criminal sentence.

"CDC-18-497: 'On or about February 19, 2016, the above-named Defendant was charged with attempted kidnapping and assault for attemting to kidnap Jane Doe and stunning her with a taser.'" Page 4, Pre Sentence Investigation.

This statement just simply ignores the fact that this case was dismissed for lack of evidence. Clearly the State, being upset that it did not posses enough evidence to convict the Plaintiff of the allegation of tasing an individual, decided to lengthen the Plaintiff's sentence via Defendant #1's willingness to introduce incorrect or out-right errounous information into the P.S.I., that Defendant #1 produced. Furthermore, Defendant #2, whose responsibility is to ensure only proper information is presented to a court, as to allow a Court to fully grasp the Plaintiff's criminal background, failed to protect the sanctity of the Judicial process. A process Defendant #2 is specifically charged with protecting.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   This issue was outside the facility.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   
   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____
Printed Name of Plaintiff  _____
Prison Identification #    _____
Prison Address             _____
                           _____
                           City        State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
                           _____
                           City        State     Zip Code
Telephone Number           _____
E-mail Address             _____